# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:14-cr-113-APG-EJY |
| Plaintiff, | **Order Granting Motion to Dismiss the Indictment** |
| v. | |
| OPHELLIA BEN EMANUEL, | |
| Defendant. | |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the Indictment against Defendant Ophellia Ben Emanuel.

CHRISTOPHER CHIOU
Acting United States Attorney

*s/*Richard Anthony Lopez
RICHARD ANTHONY LOPEZ
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because the Indictment has been dismissed as to Defendant Ophellia Ben Emanuel, it is hereby ordered that the warrant for her arrest, issued March 25, 2014, is quashed. In addition, there is no longer reason to keep this case under seal. Accordingly, it is hereby ordered that this case, including the Criminal Indictment, be unsealed.

DATED this __10th__ day of __August__, 2021.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE